**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RUTH COLE, individually, and
RUTH COLE as Personal Representative
of the ESTATE OF GARY COLE

Case No:
Hon.

Plaintiff,

vs.

AMAZON.COM SERVICES LLC, a foreign corporation, AMAZON LOGISTICS, INC., a foreign corporation, PERFECT SOLUTIONS LOGISTICS, LLC a foreign corporation and RICHARD KISS, Jointly and Severally,

Defendants.
_____________________________/

DAVID E. CHRISTENSEN (P45374)
SARAH S. STEMPKY KIME (P74167)
CHRISTENSEN LAW
Attorneys for Plaintiff
25925 Telegraph Road, Suite 200
Southfield, MI 48033
(248) 213-4900/Fax (248) 213-4901
dchristsensen@davidchristensenlaw.com
_____________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action, not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

/s/David E. Christensen
David E. Christensen

NOW COME the above named Plaintiffs, by and through their attorneys, CHRISTENSEN LAW, and say:

1. Plaintiff's Decedent, Gary Cole, was a resident of the City of Tecumseh, County of Lenawee, State of Michigan at all times pertinent hereto.

2. The Plaintiff, Ruth Cole, has been appointed by the Lenawee County Probate Court as Personal Representative of the Estate of Gary Cole and presently lives in the City of Tecumseh, Lenawee County, State of Michigan.

3. At all times relevant to this action, the Defendant, Richard Kiss, was a resident of Oregon, Lucas County, State of Ohio.

4. The Defendant, Perfect Solutions Logistics, LLC upon information and belief has been at all times pertinent hereto a foreign corporation doing business in Toledo, Lucas County, State of Ohio.

5. Defendant Amazon Logistics, Inc., is a Delaware Corporation and its principal place of business and headquarters are in the city of Seattle, King County, the state of Washington.

6. Defendant Amazon.com Services, LLC, is a Delaware Corporation and its principal place of business and headquarters are in the city of Seattle, King County, the state of Washington.

7. Venue is proper in this Court as this case arises out of a motor vehicle collision between Plaintiff's Decedent and the Defendants that occurred Lenawee County, Michigan, the Plaintiff resided in Lenawee County, Michigan, and the Decedent's Estate is established in Lenawee County, Michigan, which is within the Eastern District of Michigan.

8. Diversity jurisdiction under 28 U.S.C. 1332 is proper as all Defendants and Plaintiff are citizens of different states and the amount in controversy exceeds $75,000.

## **COUNT I: Ordinary and Gross Negligence**

9. On October 14, 2025, at about 1:29 p.m., Plaintiff's Decedent, Gary Cole was lawfully riding his motorcycle southbound on Tecumseh Clinton Highway in the Township of Clinton, State of Michigan.

10. At the same date, time, and place the Defendant, Richard Kiss, was driving a 2019 Ford Transit T-250, Texas license number, MRC4053, owned by Gelco Fleet Trust subject to a long term lease to Amazon.Com Services, LLC, Amazon Logistics, Inc., and Perfect Solutions Logistics, LLC, was at a stop sign on westbound Pennington Rd. at the intersection with Tecumseh Clinton Hwy, which did not have a stop sign when Defendant Richard Kiss departed the stop sign and entered Tecumseh Clinton Hwy. directly in front of Plaintiff, who owned the right of way at that intersection.

11. While in the course of his employment with Amazon.Com Services, LLC, Amazon Logistics, Inc., and Perfect Solutions Logistics, LLC, which is liable under the doctrine of *respondeat superior* and the Michigan Owners Liability Act.

12. The Defendant, Richard Kiss, owed Plaintiff's Decedent and the public the duty to obey and drive in conformity with the duties embodied in the Common Law, the Motor Vehicle Code of the State of Michigan, as amended, and the ordinances of Township of Clinton, Lenawee County, Michigan.

13. The Defendant, Richard Kiss, did then and there display ordinary, gross, willful and wanton negligence and misconduct by failing to yield the lawful right of way and suddenly striking Plaintiff's Decedent, Gary Cole, with the truck he was driving.

14. Plaintiff's Decedent, Gary Cole was pronounced dead during the hours following the accident as a result of blunt force trauma when struck by 2019 Ford Transit T-250 operated by

Amazon.Com Services, LLC, Amazon Logistics, Inc., and Perfect Solutions Logistics, LLC employee Richard Kiss, and as he did so experienced tremendous conscious pain and suffering.

15. Plaintiff's Decedent, was in all respects lawfully proceeding southbound on Tecumseh Clinton Highway innocent of any comparative negligence or wrongdoing as he was abiding by all traffic laws.

16. Defendants Amazon.Com Services, LLC, Amazon Logistics, Inc., and Perfect Solutions Logistics, LLC, had permissive exclusive possession and control of the motor vehicle operated by Defendant Richard Kiss at the time of the crash by virtue of a lease from Gelco Fleet Trust and is therefore liable for Defendant Richard Kiss's negligence and wrongdoing under Michigan's Owners Liability Act.

17. Defendant Richard Kiss was acting in the course and scope of his employment with Defendant Perfect Solutions Logistics, LLC at the time of the collision and is therefore liable for his negligence and wrongdoing under the principle of *respondeat superior*.

18. At that time and place, the Defendants, Amazon.Com Services, LLC, Amazon Logistics, Inc., and Perfect Solutions Logistics, LLC, were guilty of, and liable for, Defendant Richard Kiss's ordinary, gross, willful and wanton negligence and misconduct as follows:

A. In failing to keep a reasonable lookout for other persons and vehicles using the roadway;

B. In failing to have the vehicle equipped with proper brakes and/or failing to apply the brakes in time;

C. In failing to drive with due care and caution;

D. In failing to take all possible precautions to avoid any collision with other motorists lawfully using the roadway;

E. In driving at an excessive rate of speed, under the conditions then and there existing;

F. In failing to make and/or renew observations of the conditions of traffic and pedestrians on the roadway;

G. In voluntarily being distracted from watching out for other motorists by negligently using a mobile phone and using its Face Time feature.

H. In failing to observe Plaintiff's Decedent and colliding with Plaintiff's Decedent inflicting catastrophic injuries and death; and.

I. Failing to yield the lawful right of way to Plaintiff's Decedent.

19. The Defendants, Amazon.Com Services, LLC, Amazon Logistics, Inc., and Perfect Solutions Logistics, LLC, are liable for Defendant Richard Kiss's further negligence in failing to obey and drive in conformity with the Common Law and the Motor Vehicle Code of the State of Michigan as amended and the ordinances of Township of Clinton, Lenawee County, Michigan.

20. Among those statutes the Defendants, Richard Kiss, Amazon.Com Services, LLC, Amazon Logistics, Inc., and Perfect Solutions Logistics, LLC, violated include, but are not limited to the following:

| | | |
|---|---|---|
| M.C.L. | 257.626 | Reckless driving; |
| M.C.L. | 257.626(b) | Careless or negligent driving; |
| M.C.L. | 257.677 | View or control of driver; |
| M.C.L. | 257.602b | Use of cell phone; |
| M.C.L. | 257.705 | Brakes; |
| M.C.L. | 257.706 | Horns and warning devices; |
| M.C.L. | 257.401 | Owner liability: and |

M.C.L. 257.677 View or control of driver.

21. As a proximate cause of the negligence and other wrongdoing of Defendant Richard Kiss, Amazon.Com Services, LLC, Amazon Logistics, Inc., and Perfect Solutions Logistics, LLC, Plaintiff's Decedent suffered grievous physical injuries including a traumatic brain injury and died within hours of the crash as a direct and proximate result of Defendants' negligence outlined herein.

WHEREFORE, the Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, ask for a judgement against Defendants Richard Kiss, Amazon.Com Services, LLC, Amazon Logistics, Inc., and Perfect Solutions Logistics, LLC for whatever amount they are found to be entitled, plus court costs, attorney fees and all recoverable interest from the date of the loss and, alternatively, from the date of the filing of this Complaint, in accordance with the law.

**COUNT II : *Respondeat Superior* Perfect Solutions Logistics, LLC**

The Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, add Count II as follows:

22. All paragraphs are repeated.

23. Defendant Perfect Solutions Logistics, LLC is liable for the Defendant, Richard Kiss's, negligence under the doctrine of *respondeat superior* as Defendant Richard Kiss was in the course and scope of his employment with these Defendants at the time he caused the collision and Plaintiff's Decedent's death.

WHEREFORE, the Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, ask for a judgement against Defendants Richard Kiss and Perfect Solutions Logistics, LLC for whatever amount they are found to be entitled, plus court

costs, attorney fees and all recoverable interest from the date of the loss and, alternatively, from the date of the filing of this Complaint, in accordance with the law.

**COUNT III: Principle – Agent Relationship of Amazon Entities and Perfect Solutions Logistics and Richard Kiss**

24. All paragraphs are repeated.

25. Defendants Amazon Logistics, Inc., and Amazon.Com, LLC, (The "Amazon Defendants" refers to these two entities individually and/or collectively) are liable for the negligence and wrongdoing of Defendants Perfect Logistics Solutions, LLC, ("Perfect Solutions") and its driver, Richard Kiss under the principles of apparent agency and respondeat superior.

26. Defendants Amazon Logistics, Inc., and Amazon.Com, LLC, maintained the right to, and did exercise, substantial control of Defendant Perfect Solutions and its driver Defendant, Richard Kiss, at all times, establishing a principal/agent relationship as a matter of law.

27. Defendant Perfect Solutions is superficially a separate corporation, but in fact and practice it is operated as a department or arm of the Amazon Defendants.

28. Perfect Solutions sole purpose for existing is to exclusively serve Amazon's delivery needs and is not permitted to have any other customers.

29. Perfect Solutions' registered physical address registered with the Federal Motor Carrier Safety Administration is a desk in the Amazon Distribution Center at 2040 S. Reynolds Rd., Toledo, OH.

30. The contract between Perfect Solutions and Amazon requires it to limit is customers to one: the Amazon Defendants, it requires them to use trucks bearing Amazon's logos, to follow Amazon's rules and procedures, requires all of Perfect Solutions employees to operate on Amazon's Flex App (described below), to wear Amazon uniforms and logos, to drive trucks bearing Amazon's logos and paint schemes, to meet the delivery schedules and times dictated by

Amazon, to drive routes dictated by Amazon within the time constraints dictated by Amazon, and to be subject to surveillance by Amazon through the Flex App and GPS tied to Amazon supervisors who monitor every movement of the truck and driver and if there is a deviation from the Amazon-determined route then Amazon will contract the driver immediately to ask why they are deviating and instruct them to get back on the Amazon directed route and schedule, and drivers that cannot meet the scheduled times and routes are penalized by being assigned less valuable routes.

31. Defendant Kiss is technically an employee on Perfect Solutions Logistic's payroll, but is subject to substantial – actually, total – control by the Amazon Defendants throughout the entirety of his work shift.

32. There are many other areas of direct control of Perfect Solutions and Richard Kiss by the Amazon Defendants that will be revealed in discovery.

WHEREFORE, the Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, ask for a judgement against Defendants Richard Kiss and Perfect Solutions Logistics, LLC for whatever amount they are found to be entitled, plus court costs, attorney fees and all recoverable interest from the date of the loss and, alternatively, from the date of the filing of this Complaint, in accordance with the law.

**COUNT IV: Federal Motor Carrier Safety Act Violations**

The Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, add Count IV as follows

33. All paragraphs are repeated.

34. Defendant, Perfect Solutions Logistics, LLC, are an authorized motor carrier and are assigned USDOT number 4126926 respectively.

35. Defendants, Amazon.Com Services, LLC, and Amazon Logistics, Inc., are an authorized motor carrier bearing the registration numbers of MC1579508 and USDOT number 3371498 respectively.

36. The motor vehicle operated by Defendant Richard Kiss and owned by the Amazon Defendants and/or Defendant Perfect Solutions through a long term lease of more than 30 days from lessor Gelco Fleet Trust.

37. One or both of the Amazon Defendants and Defendant Perfect Solutions were commercial motor carriers operating a commercial motor vehicle as defined in the Federal Motor Carrier Safety Act.

38. One or both of the Amazon Defendants and Defendant Perfect Solutions are liable for the violation of numerous sections of the Federal Motor Carrier Safety Regulations which were a proximate cause of Plaintiff's Decedent's injuries and death, including, but not limited to:

a. 390.11 Motor carrier to require observance of driver regulations;

b. 392.2 operated in accordance with the laws, ordinances, regulations of the jurisdiction;

c. 392.3 Ill or fatigued driver;

d. 392.6 Schedules to conform to speed limits;

e. Operating while intoxicated and/or under the influence of a narcotic / controlled substance, and allowing a driver to operate while intoxicated or impaired by a narcotic / controlled substance;

f. 392.80 Prohibition on texting; and

g. 392.80 Use of hand-held mobile telephone.

WHEREFORE, the Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, ask for a judgement against Defendants Richard Kiss, one or both of the Amazon Defendants and Defendant Perfect Solutions for whatever amount they are found to be entitled, plus court costs, attorney fees and all recoverable interest from the date of the loss and, alternatively, from the date of the filing of this Complaint, in accordance with the law.

**COUNT V: Negligent Entrustment & Supervision**

The Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, add Count V, as follows:

39. All paragraphs are repeated.

40. One or both of the Amazon Defendants and Defendant Perfect Solutions negligently entrusted the 2019 Ford Transit T-250 under its exclusive control and its operation to Defendant Richard Kiss, who is incompetent and unfit to drive a motor vehicle on the highways in Michigan by reason of impairment while driving on the job, inability, inexperience and consistently negligent driving, all of which were known by the one or both of the Amazon Defendants and Defendant Perfect Solutions or should have been known in the exercise of reasonable care and caution so that one or both of the Amazon Defendants and Defendant Perfect Solutions are guilty of negligence independent of Richard Kiss.

41. One or both of the Amazon Defendants and Defendant Perfect Solutions had a duty to reasonably supervise and train Defendant Richard Kiss in the safe operation of its motor vehicles, and breached that duty by failing to reasonably train and reasonably supervise him.

42. The breach of their duties to reasonably train and supervise Defendant Richard Kiss was a proximate cause of Plaintiff's injuries and death.

WHEREFORE, the Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, ask for a judgement against Defendants Richard Kiss, one or both of the Amazon Defendants and Defendant Perfect Solutions for whatever amount they are found to be entitled, plus court costs, attorney fees and all recoverable interest from the date of the loss and, alternatively, from the date of the filing of this Complaint, in accordance with the law.

**COUNT VI: Wrongful Death**

The Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, add Count VI as follows:

43. All paragraphs are repeated.

44. The Plaintiff's Decedent, Gary Cole, suffered multiple injuries as a direct and proximate cause of the negligence of the Defendants Richard Kiss, and one or both of the Amazon Defendants and Defendant Perfect Solutions

45. The Plaintiff's Decedent, Gary Cole, died on October 14, 2025 as a result of the multiple injuries that were directly and proximately caused of the negligence outlined in Count I, above, of the Defendants, Richard Kiss, and one or both of the Amazon Defendants and Defendant Perfect Solutions

46. The negligence of the Defendants, Richard Kiss, and one or both of the Amazon Defendants and Defendant Perfect Solutions proximately caused the injuries and death of the Plaintiff's Decedent, Gary Cole, and Defendants are liable for all recoverable economic and non-economic damages allowed under Michigan's Wrongful Death Statute, M.C.L. 600.2922, including, but not limited to, loss of consortium, society and companionship suffered by members of her family.

47. The Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, claim all damages suffered by the Plaintiff's Decedent and the Estate and his heirs and family members including, but not limited to:

a. Conscious pain and suffering;

b. Mental anguish;

c. Loss of consortium, society and companionship suffered by heirs and family;

d. Loss of love and affection suffered by heirs and family;

e. Fright and terror;

f. Embarrassment;

g. Humiliation;

h. Funeral and burial expenses;

i. Denial of social pleasures;

j. Exemplary damages

k. Loss of normal enjoyment of life;

l. Physical and internal injuries; and

m. Other damages, injuries and consequences that are found to be related to the accident which develop during discovery.

WHEREFORE, the Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, ask for a judgement against Defendants Richard Kiss, and one or both of the Amazon Defendants and Defendant Perfect Solutions for whatever amount they are found to be entitled, plus court costs, attorney fees and all recoverable interest from the date of the loss and, alternatively, from the date of the filing of this Complaint, in accordance with the law.

**<u>COUNT VII: Defendant Amazon.com Services, LLC, and Amazon Logistics, Inc., , Gelco Fleet Trust and Perfect Solutions Logistics, LLC's Willful and Wanton Misconduct</u>**

The Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, add Count VII as follows:

48. All paragraphs are repeated.

49. As part of his duties for one or both of the Amazon Defendants and Defendant Perfect Solutions Defendant Richard Kiss drove a commercial motor vehicle owned by one or both of the Amazon Defendants and Defendant Perfect Solutions.

50. One or both of the Amazon Defendants and Defendant Perfect Solutions knows, and it is indisputable, that working or driving a company truck while distracted poses a severe risk of serious injury or death to members of the public including other employees or motorists.

51. One or both of the Amazon Defendants and Defendant Perfect Solutions had a duty to reasonably supervise its employee, Defendant Richard Kiss, when he was on duty for one or both of the Amazon Defendants and Defendant Perfect Solutions LLC's vehicle(s) for the safety of the employee, co-workers and the motoring public.

52. One or both of the Amazon Defendants and Defendant Perfect Solutions had a duty to exercise ordinary care and diligence to avoid injury to another person, which was breached in the fashion outlined herein predictably leading to Plaintiff Decedent's death.

53. One or both of the Amazon Defendants and Defendant Perfect Solutions had the ability to avoid the resulting harm to Plaintiffs by exercising ordinary care and diligence in the use of the means at hand such as following its own policies and practices as described herein, and Gary Cole would be alive today

54. One or both of the Amazon Defendants and Defendant Perfect Solutions failure to use such ordinary care and diligence to avert the threatened danger, injury or death of a person, including Gary Cole, when to the ordinary mind it was apparent that the result of that omission is likely to prove disastrous to another, such as Gary Cole.

55. One or both of the Amazon Defendants and Defendant Perfect Solutions knew or should reasonably have known that Richard Kiss was distracted while driving on behalf of one or both of the Amazon Defendants and Defendant Perfect Solutions and to the ordinary reasonable mind it was apparent that the result was likely to prove disastrous, which is the reason there are laws against driving while looking at video images and being distracted with a cellular device.

56. The breaches of ordinary care outlined herein amount to intentional, willful and wanton misconduct by one or both of the Amazon Defendants and Defendant Perfect Solutions and was a proximate cause of Gary Cole's death.

57. One or both of the Amazon Defendants and Defendant Perfect Solutions breached its duty to reasonably supervise its employee and to exercise ordinary care to prevent disastrous results from a person working on commercial motor vehicles in hazardous environments and/or driving One or both of the Amazon Defendants and Defendant Perfect Solutions vehicles on the roadways when it intentionally, willfully and wantonly sidestepped its own policies regarding on-duty cellular use.

WHEREFORE, the Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, ask for a judgement against Defendants Richard Kiss, One or both of the Amazon Defendants and Defendant Perfect Solutions for whatever amount they are found to be entitled, plus court costs, attorney fees and all recoverable interest from the date of

the loss and, alternatively, from the date of the filing of this Complaint, in accordance with the law.

Respectfully submitted,

CHRISTENSEN LAW

BY:________________________________

DAVID E. CHRISTENSEN (P45374)
SARAH STEMPKY KIME (P74167)
*Attorneys for Plaintiffs, Wilson/Rule*
25925 Telegraph Road, Suite 200
Southfield, MI 48033
(248) 213-4900 | (248) 213-4901 – Fax
dchristensen@davidchristensenlaw.com
skime@davidchristensenlaw.com

Dated: November 3, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RUTH COLE, individually, and
RUTH COLE as Personal Representative
of the ESTATE OF GARY COLE

Plaintiff,

vs.

AMAZON.COM SERVICES LLC, a foreign corporation, AMAZON LOGISTICS, INC., a foreign corporation, PERFECT SOLUTIONS LOGISTICS, LLC a foreign corporation and RICHARD KISS, Jointly and Severally,

Defendants.
_____________________________/

Case No:
Hon.

DAVID E. CHRISTENSEN (P45374)
SARAH S. STEMPKY KIME (P74167)
CHRISTENSEN LAW
Attorneys for Plaintiff
25925 Telegraph Road, Suite 200
Southfield, MI 48033
(248) 213-4900/Fax (248) 213-4901
dchristsensen@davidchristensenlaw.com
_____________________________/

**DEMAND FOR JURY TRIAL**

NOW COME the Plaintiffs, Ruth Cole, individually, and Ruth Cole as Personal Representative of the Estate Of Gary Cole, by and through their attorneys, CHRISTENSEN LAW, and hereby demand a trial by jury in the above-entitled matter.

Respectfully submitted,

CHRISTENSEN LAW

BY:____________________________________

DAVID E. CHRISTENSEN (P45374)
SARAH STEMPKY KIME (P74167)
*Attorneys for Plaintiffs, Wilson/Rule*
25925 Telegraph Road, Suite 200
Southfield, MI 48033
(248) 213-4900 | (248) 213-4901 – Fax
dchristensen@davidchristensenlaw.com
skime@davidchristensenlaw.com

Dated: November 3, 2026